No. 11–7229.   IN RE BAKHOUCHE, AKA ALI, 565 U. S. 1109. Motion for leave to file petition for rehearing denied.

JUNE 4, 2012

No. 11–968.   STERLING EQUITIES ASSOCIATES ET AL. v. PICARD ET AL.   C. A. 2d Cir.   Certiorari dismissed under this Court's Rule 46.1.

No. 11–8806.   SMITH v. UNITED STATES.   C. A. 8th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Reynolds* v. *United States*, 565 U. S. 432 (2012).

No. 11–9632.   DOWNS v. CALIFORNIA BOARD OF PRISON TERMS II ET AL.   C. A. 9th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.   See this Court's Rule 39.8.   As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.   See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*.

No. 11–9650.   THREATT v. SECURITY CLASSIFICATION COMMITTEE.   C. A. 6th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.   See this Court's Rule 39.8.